# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHANDRAWATTIE IKHIEDE,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN PERSAUD,<br><br>    Defendant. | Case No. 2:19-cv-01853-APG-EJY<br><br>**ORDER DISMISSING CASE** |

I previously ordered plaintiff Chandrawattie Ikhiede to show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. ECF No. 3. I advised Ikhiede that failure to do so by November 22, 2019 would result in dismissal without prejudice. *Id.* Ikhiede did not respond.

I THEREFORE ORDER that this action is DISMISSED without prejudice for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 27th day of November, 2019.

                                              ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE